# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Harekia Chante Coleman**  Docket No. 5:18-CR-344-1D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Harekia Chante Coleman, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 16th day of October, 2018. The defendant is scheduled to appear for arraignment before the Honorable James C. Dever III, U.S. District Judge, sitting in the Court at Raleigh, on the 3rd day of December, 2018.

As a condition of pretrial supervision, Coleman was ordered by the court to abide by a curfew as directed by the probation office or supervising officer. The court also ordered that the curfew be monitored with Radio Frequency. On October 16, 2018, a Violation Report was submitted to the court advising that the Middle District of North Carolina (MDNC) informed our office that the defendant violated his curfew of 6:00 p.m. to 8:00 a.m. on four occasions. The court ultimately concurred with the probation officer's recommendation to continue Coleman under supervision without modification inasmuch as he was counseled by his supervising officer about the importance of abiding by his curfew schedule.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted above, Coleman was ordered to abide by a curfew as directed by his probation officer. It was also ordered that the defendant's curfew be monitored via Radio Frequency. On November 8, 2018, the MDNC informed our office that Coleman violated his curfew of 6:00 p.m. to 8:00 a.m. by leaving his residence without authorization on four occasions on October 29, 2018. The curfew violations were in short duration, with the longest unauthorized leave lasting for 10 minutes. It was further reported that the defendant violated his curfew on 12 occasions on October 30, 2018. These curfew violations were also in short duration, with the longest unauthorized leave lasting for 28 minutes. When confronted with the curfew violations, the defendant denied leaving his residence without authorization on both dates and blamed the alleged violations on faulty electronic monitoring equipment.

In an effort to efficiently monitor Coleman's compliance with his curfew, it is respectfully recommended that his curfew be monitored with Global Positioning Satellite.

**PRAYING THAT THE COURT WILL ORDER** that pretrial supervision be modified as follows:

1. The defendant must adhere to a curfew as directed by the probation office or supervising officer. The defendant is restricted to his residence during the curfew hours. The defendant must submit to the following Location Monitoring: Global Positioning Satellite (GPS) and abide by all program requirements, instructions and procedures provided by the supervising officer.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909-7909<br>Phone: 252-335-5508<br>Executed On: November 15, 2018 |

### ORDER OF THE COURT

Considered and ordered on November 16, 2018. It is further ordered that this document shall be filed and made a part of the records in the above case.

_____
Robert T. Numbers, II
United States Magistrate Judge